IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. No. 13-cv-02460-AP

SAMANTHA DANIELS,

    Plaintiff,

v.

CAROLYN COLVIN,
ACTING COMMISSIONER OF SOCIAL SECURITY,

    Defendant.

**JOINT CASE MANAGEMENT PLAN FOR SOCIAL SECURITY CASES**

**1.   APPEARANCES OF COUNSEL AND *PRO SE* PARTIES**

For Plaintiff:

Joseph A. Whitcompb, Esq.
Rocky Mountain Disability Law Group
1391 Speer Boulevard, Suite 705
Denver, Colorado 80204
303-534-1954
303-534-1949 (facsimile)
Joe@RMDLG.com

For Defendant:
Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov

**2.   STATEMENT OF LEGAL BASIS FOR SUBJECT MATTER JURISDICTION**

The Court has jurisdiction based on section 205(g) of the Social Security Act, 42 U.S.C. 405(g).

3.  **DATES OF FILING OF RELEVANT PLEADINGS**

    A.  **Date Complaint Was Filed:**     September 10, 2013

    B.  **Date Complaint Was Served on U.S. Attorney's Office:  February 27, 2013**

    C.  **Date Answer and Administrative Record Were Filed:  March 4, 2014**

4.  **STATEMENT REGARDING THE ADEQUACY OF THE RECORD**

To the best of her knowledge, Plaintiff states that the record is complete and accurate.
To the best of her knowledge, Defendant states that the record is complete and accurate.

5.  **STATEMENT REGARDING ADDITIONAL EVIDENCE**

The parties do not anticipate submitting additional evidence.

6.  **STATEMENT REGARDING WHETHER THIS CASE RAISES UNUSUAL CLAIMS OR DEFENSES**

The parties state that this case does not raise unusual claims or defenses.

7.  **OTHER MATTERS**

The parties state that there are no other matters.

8.  **BRIEFING SCHEDULE**

The parties agreed to the following schedule:

    A.  **Plaintiff's Opening Brief Due:**          May 12, 2014

    B.  **Defendant's Response Brief Due:**         June 11, 2014

    C.  **Plaintiff's Reply Brief (If Any) Due:**   June 26, 2014

9.  **STATEMENTS REGARDING ORAL ARGUMENT**

    A.  **Plaintiff's Statement:**     Plaintiff does not request oral argument.

    B.  **Defendant's Statement:**     Defendant does not request oral argument.

**10.** **CONSENT TO EXERCISE OF JURISDICTION BY MAGISTRATE JUDGE**

*Indicate below the parties' consent choice.*

- A. ( ) **All parties have consented to the exercise of jurisdiction of a United States Magistrate Judge.**

- B. (X) **All parties have not consented to the exercise of jurisdiction of a United States Magistrate Judge.**

**11.** **AMENDMENTS TO JOINT CASE MANAGEMENT PLAN**

THE PARTIES FILING MOTIONS FOR EXTENSION OF TIME OR CONTINUANCES MUST COMPLY WITH D.C.COLO.LCivR 7.1(C) BY SUBMITTING PROOF THAT A COPY OF THE MOTION HAS BEEN SERVED UPON THE MOVING ATTORNEY'S CLIENT, ALL ATTORNEYS OF RECORD, AND ALL PRO SE PARTIES.

*The parties agree that the Joint Case Management Plan may be altered or amended only upon a showing of good cause.*

DATED this 24th day of March, 2014.

BY THE COURT:

*s/John L. Kane*
U.S. DISTRICT COURT JUDGE

APPROVED:

JOHN F. WALSH
UNITED STATES ATTORNEY

J. BENEDICT GARCÍA
Assistant United States Attorney
United States Attorney's Office
District of Colorado

/s/ Joseph A. Whitcomb
By: Joseph A. Whitcomb
Rocky Mountain Disability Law Group
1391 Speer Blvd., Suite 705
Denver, CO 80204
303-534-1954
joe@RMDLG.com

/s/ Christina J. Valerio
By: Christina J. Valerio
Assistant Regional Counsel
Social Security Administration
Office of General Counsel
Region VIII
1961 Stout, Suite 4169
Denver, CO 80294
Telephone: (303) 844-7348
Facsimile: (303) 844-0770
Christina.valerio@ssa.gov